RECVD'06 MAR 06 13:42USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 MAR 07 13:12USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JACQUELINE J. RIGGS,**

        Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 05-6065-PK

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $4243.69 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of _March 7_, 2006

_/s/ Paul Papak_
U.S. ~~District~~ Judge
MAGISTRATE

PRESENTED BY:

By: _/s/ Drew L. Johnson_
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER